THOMAS COHN ET AL. *v.* PETER R. JOHL ET AL.
(10293)

DALY, FOTI and LANDAU, Js.

Argued June 11—decision released July 7, 1992

*Peter R. Johl,* pro se, the appellant (named defendant).

*Edward J. Murphy,* for the appellees (plaintiffs).

*Randal J. LaFlamme,* for the appellee (defendant Equity Acquisitions, Inc.).

PER CURIAM. The judgment is affirmed.